IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL. NO. 1:21-633 |
| | ) | 26 U.S.C. § 7206(1) |
| v. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER DOUGLAS WILLIAMS | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

1.  That in or about tax year 2016, in the District of South Carolina and elsewhere, Defendant, CHRISTOPHER DOUGLAS WILLIAMS, a resident of Warrenville, South Carolina, did willfully make and subscribe an Internal Revenue Service Form 1040, which was verified by a written declaration that it was made under the penalties of perjury, and which Defendant, CHRISTOPHER DOUGLAS WILLIAMS, did not believe to be true and correct as to every material matter.

2.  That the Internal Revenue Service Form 1040, which was filed with the Internal Revenue Service, stated a taxable income of approximately $0 and taxes due for the calendar year 2016 of approximately $2,729. However, as Defendant CHRISTOPHER DOUGLAS WILLIAMS then and there knew, his taxable income for 2016 was greater than the amount reported on the tax return, and as a result of such additional taxable income, there were additional taxes due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

3. That in or about tax year 2015, in the District of South Carolina and elsewhere, Defendant, CHRISTOPHER DOUGLAS WILLIAMS, a resident of Warrenville, South Carolina, did willfully make and subscribe an Internal Revenue Service Form 1040, which was verified by a written declaration that it was made under the penalties of perjury, and which Defendant, CHRISTOPHER DOUGLAS WILLIAMS, did not believe to be true and correct as to every material matter.

4. That the Internal Revenue Service Form 1040, which was filed with the Internal Revenue Service, stated a taxable income of approximately $0 and a tax refund for the calendar year 2015 of approximately $1,181. However, as Defendant CHRISTOPHER DOUGLAS WILLIAMS then and there knew, his taxable income for 2015 was greater than the amount reported on the tax return, and as a result of such additional taxable income, there were additional taxes due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7206(1).

A _True_ BILL

FOREPERSON

M. RHETT DEHART (WDHjr)
ACTING UNITED STATES ATTORNEY